**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **SYMBOLOGY INNOVATIONS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO.** |
| | § | **2:17-cv-00024-JRG** |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **HARMAN INTERNATIONAL** | § | |
| **INDUSTRIES, INCORPORATED** | § | |
| **D/B/A JBL** | § | |
| | § | |
| **Defendant.** | § | |

## MOTION TO DISMISS VOLUNTARILY WITH PREJUDICE

Plaintiff Symbology Innovations, LLC ("Symbology") pursuant to Fed. R. Civ. P. 41 (a), hereby move for an order dismissing all claims by Symbology against Defendant Harman International Industries, Incorporated d/b/a JBL, in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

Dated: March 17, 2017

Ferraiuoli LLC
*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
USDC No. 215505
221 Ponce de Leon Ave., 5th Fl.
(T) 787.766.7000
(F) 787.766.7001
(E) etorres@ferraiuoli.com

*Attorney(s) for Plaintiff*
*Symbology Innovations, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 17, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

<u>*/s/Eugenio J. Torres-Oyola*</u>
Eugenio J. Torres-Oyola